UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| BILLY JOE JENKINS ) | |
| ) | |
| v. ) | NO. 2:12-CV-5 |
| ) | |
| SULLIVAN COUNTY SHERIFF'S OFFICE ) | |

**MEMORANDUM and ORDER**

*Pro se* prisoner Billy Joe Jenkins filed this civil rights action under 42 U.S.C. § 1983. On January 19, 2012, the Court entered an order, (Doc. 2), notifying plaintiff of certain deficiencies in his lawsuit, specifically the omission of the filing fee or the documents required for pauper status. Plaintiff was forewarned that, unless he corrected the deficiencies in a timely manner, the Court would assume that he is not a pauper, assess the entire filing fee, and dismiss his case. The time allotted in the order to submit the filing fee or the necessary pauper documents has now passed, but plaintiff has failed to respond or comply with the order.

Accordingly, plaintiff is **ASSESSED** the civil filing fee of three-hundred and fifty dollars ($350.00). A separate order will enter, **DISMISSING** this action **WITH PREJUDICE** for want of prosecution.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE